UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CHARLES J. HARRISON,

                              Plaintiff,

                                                                ORDER
           v.                                                05-CV-727A

FEDERAL PACIFIC CREDIT COMPANY, LLC.,

                              Defendants.

---

       The above-referenced case was referred to Magistrate Judge Leslie G. Foschio, pursuant to 28 U.S.C. § 636(b)(1)(B). On February 3, 2006, Magistrate Judge Foschio filed a Report and Recommendation, recommending that defendant's motion to dismiss be denied.

       The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

       ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Foschio's Report and Recommendation, defendant's motion to dismiss is denied.

       The case is referred back to Magistrate Judge Foschio fur further proceedings.

IT IS SO ORDERED.

       /s/ *Richard J. Arcara*
       HONORABLE RICHARD J. ARCARA
       CHIEF JUDGE
       UNITED STATES DISTRICT COURT

DATED: February 27 , 2006